**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Tina M. Crespo; Angelica M. Reyes, | ) | No. CV-05-3755-PHX-FJM |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Kujo Investments, LLC, et al., | ) | |
| Defendants. | ) | |

The court has before it defendants' motion (doc. 19) asking us to reconsider our Order (doc. 16) denying their previous motion for reconsideration of our Order dated March 22, 2006, granting plaintiffs an extension of time to serve defendants. We denied the motion for reconsideration, concluding that defendants failed to comply with the filing deadlines set forth in LRCiv 7.2(g) ("Absent good cause shown, any motion for reconsideration shall be filed no later than ten (10) days after the filing of the Order.").[1]

Our Order granting the extension of time was entered on March 22, 2006. Defendants contend that they were not served until June 12, 2006, and then only with the original

---

[1]We do not consider plaintiffs' response to the motion for reconsideration (doc. 21) as no response was ordered by the court. See LRCiv 7.2(g).

Complaint, not the Order granting the motion to extend.  Therefore, they claim they were unable to comply with Rule 7.2(g) filing deadlines.

Although this may explain why defendants were unable to meet the ten-day deadline, and possibly excuse failure to file until after the June 12th service date, it does not establish good cause for failing to file the motion for reconsideration until more that 60 days after receiving formal notice of the lawsuit.  See LRCiv 7.2(g).

Therefore, **IT IS ORDERED DENYING** defendants' motion for reconsideration (doc. 19).

DATED this 9th day of January, 2007.


_Frederick J. Martone_
Frederick J. Martone
United States District Judge